# Court of Appeals
# of the State of Georgia

ATLANTA,    May 14, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0390.  JERMAINE MOODY v. CEDRIC TAYLOR, WARDEN.**

Jermaine Moody seeks discretionary review of the trial court's order summarily denying "several motions" that he filed.[1]  It appears from both the style of the case and Moody's application brief that this is a habeas corpus case.  Under the Georgia Constitution, the Supreme Court has appellate jurisdiction over all cases involving habeas corpus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4).  Accordingly, this application is hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
         *Clerk's Office, Atlanta,*    05/14/2015
         *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
                  *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Neither the trial court's order nor Moody's application brief describes the nature of these motions.